448 A.2d 1153

Commonwealth v. Wagner, Appellant.

Argued April 14, 1981. W. Richard Cowell, for appellant; Barbara Mallett, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.*

Judgment of sentence affirmed.